LEWIS AND ROCA LLP
LAWYERS

40 North Central Avenue
19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Ann-Martha Andrews, State Bar No. 012616
   Direct Dial: (602) 262-5707
   Direct Fax: (602) 734-3764
   Email: AAndrews@LRLaw.com
Alexandra G. Gormley, State Bar No. 027436
   Direct Dial: (602) 262-5737
   Direct Fax: (602) 734-3943
   Email: AGormley@LRLaw.com

Attorneys for Defendants Unum Life Insurance Company of America, One Source Employer Services, One Source Employer Services Plan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Janine Evans,<br><br>             Plaintiff,<br><br>vs.<br><br>Unum Life Insurance Company of America; One Source Employer Services; One Source Employer Services Employee Disability Plan,<br><br>             Defendants. | No. 2:10-CV-00339-PHX-ROS<br><br>**NOTICE OF SETTLEMENT** |

      Defendants Unum Life Insurance Company of America, One Source Employer Services, and One Source Employer Services Plan hereby give notice that the parties have resolved their dispute. The parties expect to submit a stipulation and order of dismissal with prejudice within the next 30 days.

      DATED this 8th day of July, 2010.

                                       LEWIS AND ROCA LLP


                                       By */s/ Ann-Martha Andrews*
                                          Ann-Martha Andrews
                                          Alexandra G. Gormley
                                        *Attorneys for Defendants*

2209629.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott E. Davis
Scott E. Davis, P.C.
20827 North Cave Creek Road
Suite 101
Phoenix, Arizona  85024
*Attorney for Plaintiff*


/s/ *Emma M. Vega*
An Employee of Lewis and Roca LLP