UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Janine Evans,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Unum Life Insurance Company of America;<br>One Source Employer Services; One Source<br>Employer Services Employee Disability<br>Plan,<br><br>　　　　　Defendants. | No. CV-10-00339-PHX-ROS<br><br>**ORDER** |

　　　　The Court having considered the parties' Stipulation of Dismissal with Prejudice (Doc. 16), and good cause appearing,

　　　　**IT IS ORDERED** the Stipulation is **APPROVED** and the above-captioned lawsuit is dismissed with prejudice.  Each party will bear its own attorneys' fees and costs.

　　　　Dated this 28th day of July, 2010.

_____
Roslyn O. Silver
United States District Judge